UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO FIGUEROA, | CV 16-8218 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services; NANCY J. ALBY, Field Office Director of the Los Angeles County Field Office of U.S. Citizenship and Immigration Services, | |
| Defendants. | |

Pursuant to the Court's August 10, 2017 Minute Order granting the Motion for

Summary Judgment filed by plaintiff Carlos Alberto Figueroa ("Plaintiff")

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

remanded to the United States Citizenship and Immigration Services ("USCIS") for review

of Plaintiff's I-485 Application for Adjustment of Status in a manner consistent with the

Court's August 10, 2017 Minute Order.

. . . .

. . . .

. . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall

2  have his costs of suit.  Any application for attorneys' fees shall be filed pursuant to Local

3  Rule 54-10.

4    IT IS SO ORDERED.

5  DATED: August 10, 2017

6

7  _____
                    Percy Anderson
                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-